Otto SIMPSON, Movant, v. COMMONWEALTH
of Kentucky, Opposed
February 1, 1949

T. J. Underwood for movant.

A. E. Funk, Attorney General, and Wliam F. Simpson, Assistant General opposed.

PER CURIAM.

Appeal denied judgment affirmed.

Guy W. PRESTON, Doing Business Under the Name and Style of Preston Funeral Home, Movant, v. Wince TRMBLE et al, Opposed.
February 4, 1949.

Wheeler & Wheeler for movant.
Fred Howes and J. W. Wells opposed.
PER CURIAM.
Appeal denied. Judgment affirmed.